# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEVIN B. MAM,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>STU SHERMAN,<br><br>　　　　Respondent. | No. CV 20-04818-ODW (DFM)<br><br>JUDGMENT |

　　　Pursuant to the Court's Order Summarily Dismissing Petition for Lack of Jurisdiction,

　　　IT IS ADJUDGED that the Petition is denied, and this action dismissed without prejudice.

Date: June 8, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　　　　United States District Judge